IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE JAMES, HUSBAND,

     Appellant,

v.

PATRICIA JAMES, WIFE,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-272

Opinion filed December 2, 2014.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Willie James, pro se, Appellant.

Michael L. Edwards, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED. See Owens v. Owens, 973 So. 2d 1169, 1170 (Fla. 1st DCA 2007).

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.